(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court | **Voluntary Petition** |
|---|---|---|
| | _NORTHERN_  District of _ILLINOIS_ | |

| Name of Debtor  (if individual, enter Last, First, Middle): | Name of Joint Debtor  (Spouse)(Last, First, Middle): |
|---|---|
| _VanVliet, James E._ | _VanVliet, Cathy A._ |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| _NONE_ | _NONE_ |

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all) _1477_ | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (if more than one, state all) _3239_ |
|---|---|
| Street Address of Debtor    (No. & Street, City, State & Zip Code): _109 S. Elmwood #18_ _Oak Park IL   60302_ | Street Address of Joint Debtor   (No. & Street, City, State & Zip Code): _109 S. Elmwood #18_ _Oak Park IL   60302_ |
| County of Residence or of the Principal Place of Business:     _Cook_ | County of Residence or of the Principal Place of Business:     _Cook_ |
| Mailing Address of Debtor   (if different from street address): _SAME_ | Mailing Address of Joint Debtor    (if different from street address): _SAME_ |

| Location of Principal Assets of Business Debtor (If different from street address above): _NOT APPLICABLE_ |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**   (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor**   (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed**   (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☐ Chapter 7      ☐ Chapter 11      ☒ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9      ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts**   (Check one box) | **Filing Fee**  (Check one box) |
|---|---|
| ☒ Consumer/Non-Business      ☐ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business**   (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**       (Estimates only)       | THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*James E. VanVliet and*<br>*Cathy A. VanVliet* | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ James E. VanVliet*
Signature of Debtor

**X** */s/ Cathy A. VanVliet*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

**X** */s/ Richard S. Bass*
Signature of Attorney for Debtor(s)

*Richard S. Bass 6189009*
Printed Name of Attorney for Debtor(s)

*Law Office of Richard S. Bass*
Firm Name

*2021 Midwest Road*
Address

*Oak Brook IL  60521*

*630-953-8655*
Telephone Number                    Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** */s/ Richard S. Bass*
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6A (6/90) West Group, Rochester, NY

In re *James E. VanVliet and Cathy A. VanVliet* _____ / Debtor    Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *109 S. Elmwood Oak Park IL (Debtor residence-Jt.Tenancy) Condominium unit (Property needs extensive repair due to fire damage)* | *Debtor residence Jt. Tenancy* | J | $ 40,000.00 | $ 0.00 |
| | | | | |
| No continuation sheets attached | **TOTAL $** (Report also on Summary of Schedules.) | | *40,000.00* | |

FORM B6B (10/89) West Group, Rochester, NY

In re **James E. VanVliet and Cathy A. VanVliet**_____/ Debtor    Case No. _____

<span style="text-align:right">(if known)</span>

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases. If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand. | | *Cash*<br>*Location: In debtor's possession* | J | $ 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking: Fifth Third Bank*<br>*Location: In debtor's possession*<br><br>*Checking: Fifth Third Bank*<br>*Location: In debtor's possession* | J<br><br>J | $ 200.00<br><br>$ 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Misc used household goods and furnishings*<br>*Location: In debtor's possession* | J | $ 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Misc used personal items*<br>*Location: In debtor's possession* | J | $ 500.00 |
| 6. Wearing apparel. | | *Misc used personal clothing*<br>*Location: In debtor's possession* | J | $ 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

FORM B6B (10/89) West Group, Rochester, NY

In re _James E. VanVliet and Cathy A. VanVliet_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *CJ Galleries (Wife business) Sale of doll house items & miniatures (Sole Proprietorship) Location: In debtor's possession* | J | $ 0.00 |
| | | *Stock: Chase Manhattan Bank (7 shares) Location: n/a* | J | $ 244.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | *Personal Injury Proceeds (Wife)  Funds on deposit in a checking account at Fifth Third Bank Location: In debtor's possession* | W | $ 11,900.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | *1991 Honda Wagon Location: In debtor's possession* | J | $ 1,000.00 |

In re  **_James E. VanVliet and Cathy A. VanVliet_**                      / Debtor          Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | _1996 Dodge Caravan_<br>_Location: In debtor's possession_ | J | $ 2,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | | _doll houses,figurines & doll house furniture_<br>_(Business inventory)_<br>_Location: In debtor's possession_ | W | $ 2,000.00 |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Total  ➡          $ 20,594.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re *James E. VanVliet and Cathy A. VanVliet*                    / Debtor          Case No. _____

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *109 S. Elmwood   Oak Park IL* | *735 ILCS 5/12-901* | *$ 15,000.00* | *$ 40,000.00* |
| *Cash* | *735 ILCS 5/12-1001(b)* | *$ 50.00* | *$ 50.00* |
| *Checking:   Fifth Third Bank* | *735 ILCS 5/12-1001(b)* | *$ 200.00* | *$ 200.00* |
| *Checking: Fifth Third Bank* | *735 ILCS 5/12-1001(b)* | *$ 100.00* | *$ 200.00* |
| *Misc used household goods and furnishings* | *735 ILCS 5/12-1001(b)* | *$ 2,000.00* | *$ 2,000.00* |
| *Misc used personal items* | *735 ILCS 5/12-1001(a)*<br>*735 ILCS 5/12-1001(d)* | *$ 500.00*<br>*$ 0.00* | *$ 500.00* |
| *Misc used personal clothing* | *735 ILCS 5/12-1001(a)* | *$ 500.00* | *$ 500.00* |
| *CJ Galleries* | *735 ILCS 5/12-1001(b)* | *$ 500.00* | *$ 0.00* |
| *Stock: Chase Manhattan Bank* | *735 ILCS 5/12-1001(b)* | *$ 550.00* | *$ 244.00* |
| *Personal Injury Proceeds (Wife)* | *735 ILCS 5/12-1001(h)(4)* | *$ 7,500.00* | *$ 11,900.00* |
| *1991 Honda Wagon* | *735 ILCS 5/12-1001(c)* | *$ 1,000.00* | *$ 1,000.00* |
| *1996 Dodge Caravan* | *735 ILCS 5/12-1001(c)*<br>*735 ILCS 5/12-1001(b)* | *$ 1,400.00*<br>*$ 600.00* | *$ 2,000.00* |
| *doll houses,figurines & doll house furniture* | *735 ILCS 5/12-1001(b)*<br>*735 ILCS 5/12-1001(d)* | *$ 0.00*<br>*$ 1,500.00* | *$ 2,000.00* |

FORM B6D (12/03) West Group, Rochester, NY

In re _James E. VanVliet and Cathy A. VanVliet_ _____ / Debtor        Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |

No continuation sheets attached

Subtotal $     0.00
(Total of this page)

Total $     0.00
(Use only on last page. Report total also on Summary of Schedules)

FORM B6E (4/04) West Group, Rochester, NY

In re _James E. VanVliet and Cathy A. VanVliet_____ / Debtor        Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

FORM B6F (12/03) West Group, Rochester, NY

In re _James E. VanVliet and Cathy A. VanVliet_____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   *2134*  *Creditor # : 1*  *ACI Collections*  *Acct: Nieman Marcus*  *7951 S.W. 6th St  #116*  *Plantation FL 33324* | W | *2005*  *Collection* | | | | $ 0.00 |
| Account No:   *0885*  *Creditor # : 2*  *Alliance One Receivables*  *Acct: Cit Platinum Business*  *1160 Centre Pointe Dr #1*  *Mendota Heights MN 55120* | W | *2005*  *Notice to Collector* | | | | $ 0.00 |
| Account No:   *1398*  *Creditor # : 3*  *Alliance One Receivables*  *Acct: Citibank*  *1160 Centre Pointe Dr #1*  *Mendota Heights MN 55120* | W | *2004*  *Notice Only*  *Creditor Acct: 5588328001030885* | | | | $ 0.00 |
| Account No:   *1796*  *Creditor # : 4*  *American Airlines Credit Plan*  *PO Box 8181*  *Gray TN 37615* | W | *2000-04*  *Notice to other location* | | | | $ 0.00 |

_9_ continuation sheets attached

Subtotal $    0.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _James E. VanVliet and Cathy A. VanVliet_____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *1006*<br>*Creditor # : 5*<br>*American Express Gold*<br>*PO Box 279812*<br>*Fort Lauderdale FL 33329* | W | *1998-04*<br>*Credit Account* | | | | $ 5,870.00 |
| Account No: *1009*<br>*Creditor # : 6*<br>*American Express-Optima*<br>*PO Box 360002*<br>*Fort Lauderdale FL 33336-0002* | W | *1999-04*<br>*Credit Account* | | | | $ 2,575.00 |
| Account No: *5060*<br>*Creditor # : 7*<br>*Bank Card Services*<br>*PO Box 15137*<br>*Wilmington DE 19886-5137* | J | *1999-04*<br>*Notice to other location* | | | | $ 0.00 |
| Account No: *19 2*<br>*Creditor # : 8*<br>*Bloomingdales*<br>*PO Box 4590*<br>*Carol Stream  IL 60197-4590* | W | *2000-04*<br>*Credit Account* | | | | $ 1,293.00 |
| Account No: *65 1*<br>*Creditor # : 9*<br>*Carson Pirie Scott*<br>*Attn Collection Dept*<br>*PO Box 17633*<br>*Baltimore MD 21297-1633* | W | *1999-04*<br>*Credit Account* | | | | $ 625.00 |
| Account No: *7736*<br>*Creditor # : 10*<br>*Chase Card*<br>*Attn Bankruptcy Dept*<br>*PO Box 52195*<br>*Phoenix  AZ 85072-2195* | W | *1999-04*<br>*Credit Account* | | | | $ 11,955.00 |

Sheet No. _1_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)     22,318.00

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _James E. VanVliet and Cathy A. VanVliet_ _____ / Debtor      Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   8210<br>Creditor # : 11<br>Citi Gold Card<br>Attn Bankruptcy Dept<br>PO Box 6416<br>The Lakes NV 88901-6416 | W | 1999-04<br>Credit Account | | | | $ 10,271.00 |
| Account No:   3885<br>Creditor # : 12<br>Citibank Business<br>Attn; Collection Dept<br>1160 Centre Point Dr  #1<br>Mendota Heights MN 55120 | J | 2000-04<br>Notice to other location | | | | $ 0.00 |
| Account No:   1796<br>Creditor # : 13<br>Citibank USA American Airlines<br>Attn Collection Dept<br>PO Box 9004<br>Renton WA 98057-9004 | J | 2000-04<br>Notice to other location | | | | $ 0.00 |
| Account No:   0885<br>Creditor # : 14<br>Citi-Card Platinum-Business Ad<br>PO Box 6309<br>The Lakes NV 88901-6309 | W | 2000-04<br>Credit Account | | | | $ 6,221.00 |
| Account No:   3090<br>Creditor # : 15<br>Creditors Financial Group<br>Acct: Nordstrom<br>PO Box 440290<br>Aurora CO 80044-0290 | J | 2005<br>Collection | | | | $ 0.00 |
| Account No:   5141<br>Creditor # : 16<br>Definity Health<br>PO Box 77023<br>Minneapolis MN 55480-7723 | H | 2004<br>Medh | | | | $ 525.00 |

Sheet No. _2_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          17,017.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _James E. VanVliet and Cathy A. VanVliet_ _____ / Debtor     Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code btor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | contingent | unliquidated | disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 5601<br>Creditor # : 17<br>Disney Card-GE Capital<br>Attn Collection Dept<br>PO Box 530993<br>Atlanta  GA 30353-0993 | W | 2000-04<br>Credit Account | | | | $ 400.00 |
| Account No: 6725<br>Creditor # : 18<br>ER Solutions<br>Acct: American Airline Credit<br>PO Box 9004<br>Renton WA 98057-9004 | W | 2005<br>Notice to Collector | | | | $ 0.00 |
| Account No: 5651<br>Creditor # : 19<br>Harris & Harris<br>Acct:  Carson Pirie Scott<br>600 W. Jackson Blvd  #400<br>Chicago IL 60661 | W | 2005<br>Collection | | | | $ 0.00 |
| Account No: 7344<br>Creditor # : 20<br>Harris Bank Card<br>PO Box 15153<br>Wilmington DE 19886-5153 | W | 2000-04<br>Notice to other location | | | | $ 0.00 |
| Account No: 4800<br>Creditor # : 21<br>HSBC Bank<br>Attn Collection Dept<br>PO Box 2103<br>Buffalo NY 14240-2103 | J | 2004<br>Credit Account<br>Creditor Acct: 5215077200264800 | | | | $ 17,700.00 |
| Account No: 4800<br>Creditor # : 22<br>HSBC Bank<br>Attn: Bankruptcy Dept<br>PO Box 37278<br>Baltimore MD 21297-3278 | W | 2000-05<br>Notice to other location | | | | $ 0.00 |

Sheet No. 3 of 9 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    18,100.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _James E. VanVliet and Cathy A. VanVliet_ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **3481**<br>_Creditor # : 23_<br>_Law Office of Meyer & Njus_<br>_Acct: Marshall Fields_<br>_200 S. Sixth St_<br>_Minneapolis MN 55402_ | J | 2005<br>Collection | | | | $ 0.00 |
| Account No: **8300**<br>_Creditor # : 24_<br>_Law Office Wolpoff & Abramson_<br>_Acct: Lord & Taylor-May Stores_<br>_702 King Farm Rd_<br>_Rockville  MD 20850-5775_ | W | 2005<br>Collection | | | | $ 0.00 |
| Account No: **9 41**<br>_Creditor # : 25_<br>_Lord & Taylor Stores_<br>_Attn Bankruptcy Dept_<br>_PO Box 94873_<br>_Cleveland OH 44101-4873_ | W | 2000-04<br>Credit Account | | | | $ 460.00 |
| Account No: **1796**<br>_Creditor # : 26_<br>_LTD Financial Services_<br>_Acct: American Airless Hurley_<br>_7322 Southwest Freeway #1600_<br>_Houston TX 77074_ | W | 2005<br>Notice to Collector | | | | $ 0.00 |
| Account No: **78 0**<br>_Creditor # : 27_<br>_Macys Stores_<br>_PO Box 4563_<br>_Carol Stream  IL 60197-4563_ | W | 2000-04<br>Credit Account | | | | $ 848.00 |
| Account No: **489**<br>_Creditor # : 28_<br>_Marshall Fields-Dayton Hudson_<br>_Mail Stop #3C-K  Guest Credit_<br>_3701 Wayzata_<br>_Minneapolis MN 55416_ | J | 2000-04<br>Credit Account | | | | $ 650.00 |

Sheet No. **4** of **9** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     _1,958.00_
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _James E. VanVliet and Cathy A. VanVliet_____ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   2420<br>Creditor # : 29<br>MBNA America<br>PO Box 15137<br>Wilmington DE 19886-5409 | W | 1987-2004<br>Notice to other location | | | | $ 0.00 |
| Account No:   5060<br>Creditor # : 30<br>MBNA America<br>Attn Bankruptcy Dept<br>PO Box 15102<br>Wilmington DE 19886-5102 | J | 1999-04<br>Credit Card Purchases | | | | $ 10,700.00 |
| Account No:   2197<br>Creditor # : 31<br>MBNA America<br>PO Box 15137<br>Wilmington DE 19886-5409 | J | 1999-04<br>Notice to other location | | | | $ 0.00 |
| Account No:   2197<br>Creditor # : 32<br>MBNA America<br>PO Box 15137<br>Wilmington DE 19886-5409 | W | 1992-04<br>Notice to other location | | | | $ 0.00 |
| Account No:   7344<br>Creditor # : 33<br>MBNA America<br>PO Box 15137<br>Wilmington DE 19886-5409 | W | 1995-04<br>Credit Account | | | | $ 6,584.00 |
| Account No:   7013<br>Creditor # : 34<br>MBNA America<br>PO Box 15137<br>Wilmington DE 19886-5409 | W | 1999-04<br>Credit Account | | | | $ 9,391.00 |

Sheet No.   5   of   9   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   26,675.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  *James E. VanVliet and Cathy A. VanVliet*_____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  *0179*<br>*Creditor # : 35*<br>*MBNA America*<br>*PO Box 15137*<br>*Wilmington DE 19886-5409* | *W* | *1999-04*<br>*Notice to other location* | | | | $ 0.00 |
| Account No:  *60 1*<br>*Creditor # : 36*<br>*Monogram Bank of Georgia*<br>*Acct: Disney Acct*<br>*PO Box 981064*<br>*El Paso TX 79998-1064* | *W* | *2000-04*<br>*Notice to other location* | | | | $ 0.00 |
| Account No:<br>*Creditor # : 37*<br>*National Asset Recovery*<br>*Acct: CACV Colorado MBNA*<br>*2880 Dresden Dr  #200*<br>*Atlanta  GA 30341-000* | *J* | *2005*<br>*Notice to Collector*<br>*Creditor Acct: MBNA 4313 0253 2200 2420* | | | | $ 0.00 |
| Account No:<br>*Creditor # : 38*<br>*National Asset Recovery*<br>*Acct: Saks Fifth Avenue*<br>*2880 Dresden Dr  #200*<br>*Atlanta  GA 30341-000* | *W* | *2005*<br>*Collection* | | | | $ 0.00 |
| Account No:  *78YL*<br>*Creditor # : 39*<br>*National Enterprise Systems*<br>*Acct: Chase Manhattan Card*<br>*29125 Solon Road*<br>*Solon OH 44139* | *J* | *2004*<br>*Notice to Collector*<br>*Creditor Acct: 5369900250087736* | | | | $ 0.00 |
| Account No:  *7736*<br>*Creditor # : 40*<br>*National Enterprise Systems*<br>*Acct: Chase Card*<br>*29125 Solon Road*<br>*Solon OH 44139* | *W* | *2005*<br>*Collection* | | | | $ 0.00 |

Sheet No.   *6*  of   *9*  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   0.00<br>(Total of this page)<br>Total $<br>(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re *James E. VanVliet and Cathy A. VanVliet* _____ / Debtor   Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8210<br>Creditor # : 41<br>National Financial Group<br>Acct: CitiBank Gold<br>PO Box 9046<br>Hicksville NY 11801 | | J | 2000-04<br>Notice to Collector | | | | $ 0.00 |
| Account No: 2175<br>Creditor # : 42<br>National Financial Systems<br>Acct: Citibank Mastercard<br>PO Box 9046<br>Hicksville NY 11801 | | J | 2004<br>Notice to Collector | | | | $ 0.00 |
| Account No: 8210<br>Creditor # : 43<br>National Financial Systems<br>Acct: Citi Gold Card<br>PO Box 9041<br>Hicksville NY 11802-9041 | | W | 2005<br>Notice Only | | | | $ 0.00 |
| Account No: 0288<br>Creditor # : 44<br>Nationwide Credit Corp<br>Acct: American Express Travel<br>PO Box 740640<br>Atlanta  GA 30374-0640 | | W | 2004<br>Notice to Collector<br>Creditor Acct: 373981366231009 | | | | $ 0.00 |
| Account No: 0452<br>Creditor # : 45<br>Nationwide Credit Corp<br>Acct: American Express Travel<br>PO Box 740640<br>Atlanta  GA 30374-0640 | | W | 2000-03<br>Notice to Collector<br>Creditor Acct: 372821144321006 | | | | $ 0.00 |
| Account No: 0489<br>Creditor # : 46<br>NCB Management Services<br>Acct: Marshall Fields<br>PO Box 1099<br>Langhorne PA 19047-0231 | | W | 2005<br>Collection | | | | $ 0.00 |

Sheet No. 7 of 9 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     0.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _James E. VanVliet and Cathy A. VanVliet_ _____ / Debtor        Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:  *5757*<br>*Creditor # : 47*<br>*NCC Business Services*<br>*Acct: GE Money Bank*<br>*PO Box 24739*<br>*Jacksonville FL 32241-4739* | *W* | *2005*<br>*Notice to Collector* | | | | *$ 0.00* |
| Account No:  *QN7H*<br>*Creditor # : 48*<br>*NCO Collections*<br>*Acct: American Airlines Credit*<br>*PO Box 41417*<br>*Philadelphia PA 19101-1417* | *W* | *2005*<br>*Collection* | | | | *$ 0.00* |
| Account No:<br>*Creditor # : 49*<br>*NCO Collections*<br>*Acct: Bankcard Harris Bank*<br>*PO Box 2617    Dept 64*<br>*Guasti CA 91743* | *W* | *2005*<br>*Collection* | | | | *$ 0.00* |
| Account No:  *13 4*<br>*Creditor # : 50*<br>*Nieman Marcus*<br>*PO Box 620016*<br>*Dallas TX 75262-0016* | *W* | *2000-04*<br>*Credit Account* | | | | *$ 255.00* |
| Account No:  *090*<br>*Creditor # : 51*<br>*Nordstrom*<br>*Attn Bankruptcy Dept*<br>*PO Box 79134*<br>*Phoenix  AZ 85062-9134* | *W* | *2000-04*<br>*Credit Account* | | | | *$ 669.00* |
| Account No:<br>*Creditor # : 52*<br>*Olszewski Studios*<br>*Attn Collection Dept*<br>*4081 Calle Tesoro*<br>*Camarillo CA 93012-8730* | *W* | *200-05*<br>*Unsecured* | | | | *$ 10,686.00* |

Sheet No.  _8_  of  _9_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        *11,610.00*
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _James E. VanVliet and Cathy A. VanVliet_____ / Debtor

Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   6417<br>Creditor # : 53<br>Omnium Worldwide<br>Acct: MBNA<br>PO Box 956842<br>St. Louis MO 63195 | W | 2005<br>Notice to Collector<br>Creditor Acct: 4264299999250179 | | | | $ 0.00 |
| Account No:   1796<br>Creditor # : 54<br>Risk Managaement Alternative<br>Acct: American Airline Credit<br>PO Box 105062<br>Atlanta  GA 30348-5062 | W | 2005<br>Collection | | | | $ 0.00 |
| Account No:   891<br>Creditor # : 55<br>Saks Fifth Avenue<br>PO Box 17157<br>Baltimore MD 21297-1157 | W | 2000-04<br>Credit Account | | | | $ 331.00 |
| Account No:   2197<br>Creditor # : 56<br>Total Credit Recovery USA<br>Acct: MBNA Card<br>PO Box 2304<br>Buffalo NY 14230-2304 | W | 2005<br>Collection | | | | $ 0.00 |
| Account No:   2197<br>Creditor # : 57<br>True Logic Financial<br>Acct: MBNA Card<br>PO Box 4387<br>Engelwood CO 80155-4387 | W | 2005<br>Collection | | | | $ 0.00 |
| Account No:   9252<br>Creditor # : 58<br>Van Ru Credit Corp<br>Acct:  Macy Store<br>10024 Skokie Blvd   #2<br>Skokie IL 60077-1109 | W | 2005<br>Collection | | | | $ 0.00 |

Sheet No.  9  of  9  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         331.00
(Total of this page)

Total $      98,009.00
(Report total also on Summary of Schedules)

In re _James E. VanVliet and Cathy A. VanVliet_ _____ / Debtor          Case No. _____

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

In re __James E. VanVliet and Cathy A. VanVliet_____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

FORM B6I (12/03) West Group, Rochester, NY

In re **James E. VanVliet and Cathy A. VanVliet** _____ / Debtor   Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Bus Driver* | *Sole-Proprietor* |
| Name of Employer | *Budget Car Rental* | *C & J Gallery* |
| How Long Employed | *2.5 yrs* | *15 years* |
| Address of Employer | *580 Bessie Coleman Dr Chicago IL 60666* | *109 S. Elmwood Oak Park IL 60302* |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 2,643.33 | $ 100.00 |
| Estimated Monthly Overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 2,643.33 | $ 100.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 487.50 | $ 0.00 |
| b. Insurance | $ 147.33 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 634.83 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,008.50 | $ 100.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from Real Property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social Security or other government assistance Specify: | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income Specify: | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 2,008.50 | $ 100.00 |

TOTAL COMBINED MONTHLY INCOME   $ 2,108.50
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re *James E. VanVliet and Cathy A. VanVliet* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
| Are real estate taxes included?  Yes ☐  No ☒ | |
| Is property insurance included?  Yes ☐  No ☒ | |
| Utilities: Electricity and heating fuel | $ 150.00 |
|     Water and sewer | $ 0.00 |
|     Telephone | $ 60.00 |
|     Other  *Real estate tax yearly $1,300* | $ 110.00 |
|     Other  *Homeowner Assoc* | $ 102.00 |
|     Other | $ 0.00 |
| Home maintenance (Repairs and upkeep) | $ 40.00 |
| Food | $ 420.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 20.00 |
| Medical and dental expenses | $ 30.00 |
| Transportation (not including car payments) | $ 220.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 45.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 30.00 |
|     Life | $ 0.00 |
|     Health | $ 0.00 |
|     Auto | $ 110.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify: | $ 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 0.00 |
|     Other:  *Auto repair & upkeep* | $ 40.00 |
|     Other: | $ 0.00 |
|     Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other:  *Newspapers, subscription misc* | $ 40.00 |
| Other:  *Personal care items and groom* | $ 30.00 |
| Other:  *Inventory & business (est)* | $ 100.00 |
| TOTAL MONTHLY EXPENSES  (Report also on Summary of Schedules) $ | 1,647.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ 2,108.00 |
| B. Total projected monthly expenses | $ 1,647.00 |
| C. Excess income (A minus B) | $ 461.00 |
| D. Total amount to be paid into plan each:  *Monthly* | $ 460.00 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *James E. VanVliet and Cathy A. VanVliet*

Case No.
Chapter  *13*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $      *40,000.00* | | |
| B-Personal Property | *Yes* | *3* | $      *20,594.00* | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $      *0.00* | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *1* | | $      *0.00* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *10* | | $      *98,009.00* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      *2,108.50* |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      *1,647.00* |
| Total Number of Sheets in All Schedules ▶ | | *21* | | | |
| Total Assets ▶ | | | $      *60,594.00* | | |
| Total Liabilities ▶ | | | | $      *98,009.00* | |

FORM B6 (6/90) West Group, Rochester, NY

In re _James E. VanVliet and Cathy A. VanVliet_ _____ / Debtor        Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___22___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____        Signature _/s/ James E. VanVliet_____
                                                _James E. VanVliet_

Date: _____        Signature _/s/ Cathy A. VanVliet_____
                                                _Cathy A. VanVliet_

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *James E. VanVliet*
   *and*
   *Cathy A. VanVliet*

Case No.
Chapter  *13*

_____/ Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

### 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

 AMOUNT                                      SOURCE (if more than one)

*Year to date:$15,000.00*          *Wages from employment (Husband)*
   *Last Year:$41,518.00*          *Same*
*Year before:$40,000.00*           *Same*

---

*Year to date:$0.00*              *Wages from business (Wife)*
   *Last Year:$*                  *Same*
*Year before:$54,849.00 Gross*    *Same $54,849.00 is gross sales    $21,963.00 gross income*
*Sales*                           *Net Profit $121.00*

## 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                      SOURCE

*Year to date:* $0.00                        *2005*
  *Last Year:* $0.00                          *2004*
*Year before:* $33.00                        *2003_  income from stock (Wife)*

## 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**7. Gifts.**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**8. Losses.**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Richard S. Bass*<br>*Address:*<br>*2021 Midwest Road*<br>*Oak Brook, IL 60521* | *Date of Payment:*<br>*Payor: James E. Van Vliet* | *$2,300.00* |

---

**10. Other transfers.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**11. Closed financial accounts.**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution: Fifth Third Bank*<br>*Address: Oak Park IL* | *Account Type and No.:*<br>*Checking*<br>*Final Balance:$100.00* | *11/04* |

---

**12. Safe deposit boxes.**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**13. Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**14. Property held for another person.**

List all property owned by another person that the debtor holds or controls.

☒ NONE

**15. Prior address of debtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is an Individual: Business: C & Galleries Address: 109 S. Elmwood Oak Park IL* | *TaxPayer ID: None* | *Sales of small gift items, doll house figurines and furniture* | *1990 to date* |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements.

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Name: Krogslund, Keating & Beherns CPA Address: 20 Grove St   Middleton NY 10940* | *Dates:2003-05* |

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

*Name:  Debtor
Address: Same as on petition
Missing:  n/a*

Form 7 (12/03)  West Group, Rochester, NY

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

☒ NONE

---

**20. Inventories.**

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| *Last: 4/05* | *Supervisor: Debtor* | *Value: $2,000.00* <br> *Basis: Liquidation* |

b. List the name and address of the person having possession of the records of each of the two inventories  reported in a., above.

☒ NONE

---

**21. Current Partners, Officers, Directors and Shareholders.**

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member  of  the  partnership.

☒ NONE

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

☒ NONE

---

**22. Former partners, officers, directors and shareholders.**

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of  this  case.

☒ NONE

b. If the debtor is a corporation. list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

---

**23. Withdrawals from a partnership or distribution by a corporation.**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of  this  case.

☒ NONE

---

**24. Tax Consolidation Group.**

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six year period immediately preceeding the commencement of the case.

☒ NONE

---

Statement of Affairs - Page 6

**25. Pension Funds.**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six year period immediately preceding the commencement of the case.

☒ NONE

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature  */s/ James E. VanVliet*
_____
                                  *James E. VanVliet*

Date _____     Signature  */s/ Cathy A. VanVliet*
_____
                                  *Cathy A. VanVliet*

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re    *James E. VanVliet*                                          Case No.
            *and*                                                        Chapter *13*
        *Cathy A. VanVliet*

_____ / Debtor

Attorney for Debtor:   *Richard S. Bass*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *2,300.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *2,300.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $_____*194.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated:                                      Respectfully submitted,


                            X */s/ Richard S. Bass_____
        Attorney for Petitioner: *Richard S. Bass*
                                *Law Office of Richard S. Bass*
                                *2021 Midwest Road*
                                *Oak Brook IL  60521*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *James E. VanVliet*
    *and*
    *Cathy A. VanVliet*

Case No.

Chapter  *13*

_____ / Debtor

Attorney for Debtor:  **Richard S. Bass**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

       The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.

Date: _____

*/s/ James E. VanVliet*_____

Debtor

*/s/ Cathy A. VanVliet*_____

Joint Debtor

ACI Collectment
Acct: Nieman Marcus
7951 S.W. 6th St    #116
Plantation, FL  33324

Alliance One Receivables
Acct: Cit Platinum Business
1160 Centre Pointe Dr #1
Mendota Heights, MN  55120

Alliance One Receivables
Acct: Citibank
1160 Centre Pointe Dr #1
Mendota Heights, MN  55120

American Airlines Credit Plan
PO Box 8181
Gray, TN  37615

American Express Gold
PO Box 279812
Fort Lauderdale, FL  33329

American Express-Optima
PO Box 360002
Fort Lauderdale, FL  33336-0002

Bank Card Services
PO Box 15137
Wilmington, DE  19886-5137

Bloomingdales
PO Box 4590
Carol Stream , IL  60197-4590

Carson Pirie Scott
Attn Collection Dept
PO Box 17633
Baltimore, MD  21297-1633

Chase Card
Attn Bankruptcy Dept
PO Box 52195
Phoenix , AZ  85072-2195

Citi Gold Card
Attn Bankruptcy Dept
PO Box 6416
The Lakes, NV  88901-6416

Citibank Business
Attn; Collection Dept
1160 Centre Point Dr  #1
Mendota Heights, MN  55120

Citibank USA American Airlines
Attn Collection Dept
PO Box 9004
Renton, WA  98057-9004

Citi-Cards (account number listed)
PO Box 6309
The Lakes, NV  88901-6309

Creditors Financial Group
Acct: Nordstrom
PO Box 440290
Aurora, CO  80044-0290

Definity Health
PO Box 77023
Minneapolis, MN  55480-7723

Disney Card-GE Capital
Attn Collection Dept
PO Box 530993
Atlanta , GA  30353-0993

ER Solutions
Acct: American Airline Credit
PO Box 9004
Renton, WA  98057-9004

Harris & Harris
Acct:  Carson Pirie Scott
600 W. Jackson Blvd  #400
Chicago, IL  60661

Harris Bank Card
PO Box 15153
Wilmington, DE  19886-5153

HSBC Bank
Attn Collection Dept
PO Box 2103
Buffalo, NY  14240-2103

HSBC Bank
Attn: Bankruptcy Dept
PO Box 37278
Baltimore, MD  21297-3278

Law Office of Meyer & Njus
Acct: Marshall Fields
200 S. Sixth St
Minneapolis, MN  55402

Law Office Wolpoff & Abramson
Acct: Lord & Taylor-May Stores
702 King Farm Rd
Rockville , MD  20850-5775

Lord & Taylor Stores
Attn Bankruptcy Dept
PO Box 94873
Cleveland, OH  44101-4873

LTD Financial Services
Acct: American Airliess Hurley
7322 Southwest Freeway #1600
Houston, TX  77074

Macys Dept Store
PO Box 4563
Carol Stream , IL  60197-4563

Marshall Fields-Dayton Hudson
Mail Stop #3C-K  Guest Credit
3701 Wayzata
Minneapolis, MN  55416

MBNA America
Attn Bankruptcy Dept
PO Box 15102
Wilmington, DE  19886-5102

MBNA America
PO Box 15137
Wilmington, DE  19886-5409

Monogram Bank of Georgia
Acct: Disney Acct
PO Box 981064
El Paso, TX  79998-1064

National Asset Recovery
Acct: CACV Colorado MBNA
2880 Dresden Dr  #200
Atlanta , GA  30341-000

National Asset Recovery
Acct: Saks Fifth Avenue
2880 Dresden Dr  #200
Atlanta , GA  30341-000

National Enterprise Systems
Acct: Chase Manhattan Card
29125 Solon Road
Solon, OH  44139

National Enterprise Systems
Acct: Chase Card
29125 Solon Road
Solon, OH  44139

National Financial Group
Acct: CitiBank Gold
PO Box 9046
Hicksville, NY  11801

National Financial Systems
Acct: Citibank Mastercard
PO Box 9046
Hicksville, NY  11801

National Financial Systems
Acct: Citi Gold Card
PO Box 9041
Hicksville, NY  11802-9041

National Credit Center
Acct: American Express Travel
PO Box 740640
Atlanta , GA  30374-0640

NCB Management Services
Acct: Marshall Fields
PO Box 1099
Langhorne, PA  19047-0231

NCC Business Services
Acct: GE Money Bank
PO Box 24739
Jacksonville, FL  32241-4739

NCO Collections
Acct: American Airlines Credit
PO Box 41417
Philadelphia, PA  19101-1417

NCO Collections
Acct: Bankcard Harris Bank
PO Box 2617   Dept 64
Guasti, CA  91743

Nieman Marcus
PO Box 620016
Dallas, TX  75262-0016

Nordstrom
Attn Bankruptcy Dept
PO Box 79134
Phoenix , AZ  85062-9134

Olszewski Studios
Attn Collection Dept
4081 Calle Tesoro
Camarillo, CA  93012-8730

Omnium Worldwide
Acct: MBNA
PO Box 956842
St. Louis, MO  63195

Risk Managaement Alternative
Acct: American Airline Credit
PO Box 105062
Atlanta , GA  30348-5062

Saks Fifth Avenue
PO Box 17157
Baltimore, MD  21297-1157

Total Credit Recovery USA
Acct: MBNA Card
PO Box 2304
Buffalo, NY  14230-2304

True Logic Financial

Acct: MBNA Card
PO Box 4387
Engelwood, CO  80155-4387

Van Ru Credit Corp
Acct:  Macy Store
10024 Skokie Blvd   #2
Skokie, IL  60077-1109